

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2016

No. 04-15-00574-CV

R. Kinnan **GOLEMON**,
Appellant

v.

**TEXAS WORKFORCE COMMISSION** and Juan Segundo,
Appellees

From the 452nd District Court, Mason County, Texas
Trial Court No. 135477
Robert Rey Hofmann, Judge Presiding

## O R D E R

Appellants' first motion to extend time to file motion for rehearing is hereby GRANTED. Time is extended to July 6, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2016.

_____
Keith E. Hottle
Clerk of Court